USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/28/08_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

VICTOR J. RUNNER,

     Plaintiff,

  -against-

NEW YORK STOCK EXCHANGE, INC. and AMEC
CONSTRUCTION MANAGEMENT, INC.,

     Defendants.

------------------------------------------------------------X

NEW YORK STOCK EXCHANGE, INC.,

     Third-Party Plaintiff,

  -against-

ALBIN GUSTAFSON CO., INC.,

     Third-Party Defendant.

------------------------------------------------------------X

Case No. 04 CV 2220 (TPG)

JUDGMENT

#08, 0136

   The third-party action having been discontinued with prejudice by so-ordered stipulation entered January 23, 2007; and

   In accordance with the stipulation between the plaintiff Victor Runner and defendants New York Stock Exchange, Inc. and AMEC Construction Management, Inc. dated December 14, 2007; it is

   ORDERED and ADJUDGED that the plaintiff recover judgment against the defendants in the total sum of $900,000.00.

Dated: New York, NY
   January 28, 2008

*J. Michael McMahon*

_____
J. MICHAEL McMAHON
Clerk of the Court

{00419380.DOC}}
00419380.1

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____