```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
VICTOR J. RUNNER,                                    ECF CASE

               Plaintiff,

    -against-                                    No. 04 CV 2220 (TPG)

NEW YORK STOCK EXCHANGE, INC., and AMEC
CONSTRUCTION MANAGEMENT, INC.,

               Defendants.
----------------------------------------------------------------X     STIPULATION
NEW YORK STOCK EXCHANGE, INC.,

               Third-Party Plaintiff,

    -against-                                    RECEIVED
                                                 MAY 21 2008
ALBIN GUSTAFSON CO., INC.,                       CHAMBERS OF

               Third-Party Defendant.
----------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the respective parties as follows:

      The payment of $4,250.00 in expert fees referenced in paragraph 3(b) of the parties' stipulation executed December 14, 2007 be and is resolved without further action or obligation by either party or counsel for either party.

Dated: New York, NY
       March 17, 2008

_____                          _____
By Christopher Simone                             By David H. Mayer

Shaub, Ahmuty, Citrin & Spratt, LLP               Sacks and Sacks
1983 Marcus Avenue                                150 Broadway

{00424590.DOC}}
00424590.1

SO ORDERED:

_____ 5/21/
             U.S.D.J.

| | |
|---|---|
| Lake Success, NY 11042 | New York, NY 10038 |
| (516) 488-3300 | (212) 964-5570 |
| Appellate Counsel to | Attorneys for plaintiff |
| Lewis, Brisbois, Bisgaard & Smith, LLP | |
| Attorneys for defendants | |

{00424590.DOC}
00424590.1